# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: SIMON, JOHN W., JR § | Case No. 09-38481 |
| SIMON, LINDA A § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on January 11, 2013 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/07/2012      By: /s/JOHN E. GIERUM
                                      Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SIMON, JOHN W., JR | § | Case No. 09-38481 |
| SIMON, LINDA A | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 75,000.00 |
| *and approved disbursements of* | $ | 50,184.12 |
| *leaving a balance on hand of* [1] | $ | 24,815.88 |

**Balance on hand:** $ 24,815.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 24,815.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 6,250.00 | 0.00 | 6,250.00 |

Total to be paid for chapter 7 administration expenses: $ 6,250.00
Remaining balance: $ 18,565.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 18,565.88

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 18,565.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,129.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Vista Medical Center | 582.61 | 0.00 | 582.61 |
| 2 | LVNV Funding LLC | 1,758.57 | 0.00 | 1,758.57 |
| 3 | Flood Control | 5,000.00 | 0.00 | 5,000.00 |
| 4 | United Consumer Financial Services (Kirby) | 222.96 | 0.00 | 222.96 |
| 5 | CitiFinancial, Inc | 565.80 | 0.00 | 565.80 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,129.94 |
| Remaining balance: | $ | 10,435.94 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 10,435.94 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 10,435.94

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.4% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $175.67. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 10,353.14.

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-38481-ABG
John W. Simon                                                             Chapter 7
Linda A Simon
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 3             Date Rcvd: Dec 07, 2012
                              Form ID: pdf006             Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2012.
```
db/jdb     +John W. Simon, Jr,    Linda A Simon,     35708 Grove Avenue,    Ingleside, IL 60041-9122
14583923   +A Tec Ambulance Inc,    P.O. Box 457,    Wheeling, IL 60090-0457
14583926   +ALW Sourcing, Inc.,    1804 Washington Blvd.,    Baltimore, MD 21230-1700
14583924   +Advanced Inpatient Consultants, Inc.,    525 W. Sycamore St.,    Vernon Hills, IL 60061-1082
14583925    All Kids and Familycare,    P.O. Box 19121,    Springfield, IL 62794-9121
14583928   +Assetcare, Inc.,    5100 Peachtree Industrial Blvd.,    Norcross, GA 30071-5721
14583932   +BMG MUSIC SERVICE,    P.O. Box 1985,    Indianapolis, IN 46291-0001
14583929   +Best Practices Inpatient Care,    3880 Salem Lake Dr.,Ste. F,    Lake Zurich, IL 60047-5292
14583930    Bieh and Biehl,    P.O. Box 66415,    Chicago, IL 60666-0415
14583931   +Blitt and Gaines,    661 Glenn Ave.,    Wheeling, IL 60090-6017
14583933   #+Bonnie McFarlane, P.C.,    106 W. State Rd.,    Island Lake, IL 60042-9708
14583934    Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14583936    Chase,    P.O. Box 52126,    Phoenix, AZ 85072-2126
14583937    Chase Manhattan Mortgage,    P.O. Box 9001871,    Louisville, KY 40290-1871
15855523   #CitiFinancial, Inc,    P.O. Box 140489,    Irving, TX 75014-0489
14583938   +Citifinancial,    6695 Grand Ave., Ste. D,    Gurnee, IL 60031-5268
14583940    Citifinancial Services,    2038 North Richmond Dr.,    McHenry, IL 60051-5419
14583942    Computer Credit,    640 W. Fourth Street,    P.O. Box 5238,    Winston Salem, NC 27113-5238
14583943    Condell Acute Care Center,    35132 Eagle Way,    Chicago, IL 60678-1351
14583945    Consolidated Pathology Consultants,    75 Remittance Drive, Suite 1895,    Chicago, IL 60675-1895
14583946   +Danbury Mint,    47 Richards Ave.,    Norwalk, CT 06857-0001
14583947   +Debt Recovery Solutions,    P.O. Box 1259,    Oaks, PA 19456-1259
14583948   +Dependon Collection Services,    P.O. Box 4833,    Oakbrook, IL 60522-4833
14583949    DirectTV,    3362 University Avenue,    P.O. Box 2635,    Waterloo, IA 50704-2635
14583951   #+Flood Control,    1555 Locust Ave, Ste#A,    BBohemia, NY 11716-2203
14583952   +ICS,    P.O. Box 1010,    Tinley Park, IL 60477-9110
14583953   +Illinois Collection Service,    P.O. Box 1010,    Tinley Park, IL 60477-9110
14583954   +Illinois Lending Corp./10 Minute Payday,    813 E. Rollins Rd.,    Round Lake Beach, IL 60073-2244
14583955   +Kanu Panchal, MD,    4309 Medical Center Dr., Ste#B301,    McHenry, IL 60050-8439
14583956   +Kasturi Medical Care, LTD,    P.O. Box 291,    Wauconda, IL 60084-0291
14583957    Lake County Acute Care, LLP,    75 Remit Dr., #1218,    Chicago, IL 60675-1218
14583958   +Lake County Neurosurgery,    712 S. Milwaukee Ave.,    Libertyville, IL 60048-3279
14583959   +Lake County Physical Therapy,    301 E. Rollins Rd.,    Round Lake Beach, IL 60073-1331
14583960   +Lake County Radiogy Assoc.,    36104 Treasury Center,    Chicago, IL 60694-6100
14583961    Lake Forest Emer Phys,    75 Remittance Dr., Dept. 1951,    Chicago, IL 60675-1951
14583962    Lake Forest Hospital,    75 Remittance Drive, Suite 6802,    Chicago, IL 60675-6802
14583964   +MCHS Libertyville,    1500 S. Milwaukee,    Libertyville, IL 60048-3723
14583963   +Malcolm S. Gerald & Assoc.,    332 S. Michigan Avenue, Suite 514,    Chicago, IL 60604-4318
14583966   +Nancy Awadallah, MD,    P.O. Box 72180,    Roselle, IL 60172-0180
14583967   +National Recovery Systems,    8875 Aero Drive,    San Diego, CA 92123-2251
14583970   +Northeast Radiology Assoc.,    P.O. Box 2546,    Springfield, IL 62708-2546
14583971    Northern Lake Medical,    45 Tower Ct.,Ste. C,    Gurnee, IL 60031-3376
14583973    Professional Account Services,    P.O. Box 188,    Brentwood, TN 37024-0188
14583974   +Robert Brogadir,    1306 Madison Drive,    Buffalo Grove, IL 60089-6826
14583976   +United Collection Bureau,    P.O. Box 140190,    Toledo, OH 43614-0190
15458550   +United Consumer Financial Services,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
15458551   +United Consumer Financial Services (Kirby),    Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
14583977   +United Consumers Financial Services,    865 Bassett Rd.,    Westlake, OH 44145-1194
14583978   +Village of Fox Lake/Ambulance,    P.O. Box 1368,    Elmhurst, IL 60126-8368
14583979   +Vista Clinc Corp.,    200 S. Greenleaf, Ste#A,    Gurnee, IL 60031-3398
14583980   +Vista Imaging Assoc.,    P.O. Box 6980,    Libertyville, IL 60048-6980
15117091    Vista Medical Center,    c/o Michael I. Mossman, Attorney at Law,    P.O. Box 330129,
             Nashville, TN 37203-7501
14583982    Waukegan Clinic Corporation,    7100 Commerce Way, Ste#180,    Brentwood, TN 37027-2851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14583927   +E-mail/Text: RBALTAZAR@ARMORSYS.COM Dec 07 2012 20:51:50     Armor Systems Corp.,
             1700 Kiefer Dr.,Ste. 1,    Zion, IL 60099-5105
14583935   +E-mail/Text: contact@csicollects.com Dec 07 2012 20:51:56     Certified Services,
             1733 Washington Street, Suite 201,    Waukegan, IL 60085-5192
14583941    E-mail/Text: legalcollections@comed.com Dec 07 2012 20:51:47     Commonwealth Edison,
             2100 Swift Drive,    Oakbrook, IL 60523-1559
15149207    E-mail/Text: resurgentbknotifications@resurgent.com Dec 07 2012 20:48:36     LVNV Funding LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14583965   +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2012 20:49:48     MCM,    P.O. Box 939019,
             San Diego, CA 92193-9019
14583969    E-mail/Text: bankrup@nicor.com Dec 07 2012 20:48:45     Nicor Gas,    P.O. Box 2020,
             Aurora, IL 60507-2020
14583972   +E-mail/Text: clientservices@northwestcollectors.com Dec 07 2012 20:52:31
             Northwest Collectors, Inc.,    3601 Algonquin Road, Suite 232,    Rolling Meadows, IL 60008-3143
```

```
District/off: 0752-1          User: mflowers            Page 2 of 3            Date Rcvd: Dec 07, 2012
                              Form ID: pdf006          Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14583975     +E-mail/Text: appebnmailbox@sprint.com Dec 07 2012 20:49:46      Sprint,   P.O. Box 8077,
              London, KY 40742-8077
                                                                                             TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14583939     ##+Citifinancial,   P.O. Box 499,   Hanover, MD 21076-0499
14583944     ##+Condell Medical Center,    755 S. Milwaukee Avenue, Suite 127,    Libertyville, IL 60048-3267
14583950     ##Emergency Physicians Office,    P.O. Box 60439,   Ft. Myers, FL   33906-6439
14583968     ##+NCO Financial,   1375 E. Woodfield Road, Ste. 110,    Schaumburg, IL 60173-5423
14583981     ##Vista Medical Center East,    99 Greenwood Ave.,   Waukegan, IL 60087-5136
                                                                                  TOTALS: 0, * 0, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mflowers              Page 3 of 3                  Date Rcvd: Dec 07, 2012
                              Form ID: pdf006             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2012 at the address(es) listed below:
        John E Gierum    jgierum@7trustee.net, IL25@ecfcbis.com
        Kenneth S Borcia    on behalf of Debtor John Simon support@borcia.com, borcianotices@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 3