# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: SIMON, JOHN W., JR § Case No. 09-38481
      SIMON, LINDA A § 
  §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $145,045.00 *(without deducting any secured claims)* | Assets Exempt: $5,045.00 |
| Total Distribution to Claimants: $10,965.88 | Claims Discharged Without Payment: $5,055.43 |
| Total Expenses of Administration: $33,625.55 | |

    3) Total gross receipts of $ 75,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,408.57 (see **Exhibit 2**), yielded net receipts of $44,591.43 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,715.70 | $7,715.70 | $7,715.70 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 33,625.55 | 33,625.55 | 33,625.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 8,305.61 | 8,305.61 | 3,250.18 |
| **TOTAL DISBURSEMENTS** | $0.00 | $49,646.86 | $49,646.86 | $44,591.43 |

    4) This case was originally filed under Chapter 7 on October 15, 2009. The case was pending for 51 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2013    By: /s/JOHN E. GIERUM
    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 PI Case | 1142-000 | 75,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$75,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John W. Simon, Jr. | Personal Injury Exemption | 8100-002 | 15,000.00 |
| SIMON, JOHN W., JR | Surplus First and Final Distribution | 8200-002 | 10,353.14 |
| Clerk of the United States Bankruptcy Court | Unclaimed Funds | 8500-002 | 5,055.43 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,408.57** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Medicare | 4220-000 | N/A | 6,465.70 | 6,465.70 | 6,465.70 |
| 9 | Lake County Neurosurgery | 4220-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$7,715.70** | **$7,715.70** | **$7,715.70** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas Lake, Esq. | 3210-600 | N/A | 25,000.00 | 25,000.00 | 25,000.00 |
| Thomas Lake, Esq. | 3220-610 | N/A | 1,905.47 | 1,905.47 | 1,905.47 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | | N/A | 6,250.00 | 6,250.00 | 6,250.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 35.86 | 35.86 | 35.86 |
| The Bank of New York Mellon | 2600-000 | | N/A | 158.73 | 158.73 | 158.73 |
| The Bank of New York Mellon | 2600-000 | | N/A | 141.01 | 141.01 | 141.01 |
| The Bank of New York Mellon | 2600-000 | | N/A | 134.48 | 134.48 | 134.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $33,625.55 | $33,625.55 | $33,625.55 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Vista Medical Center | 7100-000 | N/A | 582.61 | 582.61 | 582.61 |
| 1I | Vista Medical Center | 7990-000 | N/A | 6.46 | 6.46 | 6.46 |
| 2 | LVNV Funding LLC | 7100-000 | N/A | 1,758.57 | 1,758.57 | 1,758.57 |
| 2I | LVNV Funding LLC | 7990-000 | N/A | 19.50 | 19.50 | 19.50 |
| 3 | Flood Control | 7100-000 | N/A | 5,000.00 | 5,000.00 | 0.00 |
| 3I | Flood Control | 7990-000 | N/A | 55.43 | 55.43 | 0.00 |
| 4 | United Consumer Financial Services (Kirby) | 7100-000 | N/A | 222.96 | 222.96 | 222.96 |
| 4I | United Consumer Financial Services (Kirby) | 7990-000 | N/A | 2.47 | 2.47 | 2.47 |
| 5 | CitiFinancial, Inc | 7100-000 | N/A | 565.80 | 565.80 | 565.80 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5I | CitiFinancial, Inc | 7990-000 | N/A | 6.27 | 6.27 | 6.27 |
| 8I | Medicare | 7990-000 | N/A | 71.68 | 71.68 | 71.68 |
| 9I | Lake County Neurosurgery | 7990-000 | N/A | 13.86 | 13.86 | 13.86 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $8,305.61 | $8,305.61 | $3,250.18 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-38481  
**Case Name:** SIMON, JOHN W., JR  
  SIMON, LINDA A  
**Period Ending:** 12/23/13  

**Trustee:** (520171)   JOHN E. GIERUM  
**Filed (f) or Converted (c):** 10/15/09 (f)  
**§341(a) Meeting Date:** 11/06/09  
**Claims Bar Date:** 04/26/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | home - 35708 N. Grove Ave., Ingleside<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 140,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | OA | 0.00 | FA |
| 3 | U.S. Bank<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Refrigerator, stove,washer/dryer bedroom furnitu<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | Books, pictures & collections<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |
| 6 | clothing<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Furs & jewelry<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 40.00 | 0.00 | | 0.00 | FA |
| 8 | sports & hobby equipment<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 9 | 1993 Aerostar<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 10 | 1997 T-Bird<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | 1953 Ford (in pieces)<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | 2005 PI case pending | Unknown | Unknown | | 0.00 | Unknown |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-38481  
**Case Name:** SIMON, JOHN W., JR  
SIMON, LINDA A  
**Period Ending:** 12/23/13

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 10/15/09 (f)  
**§341(a) Meeting Date:** 11/06/09  
**Claims Bar Date:** 04/26/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 13 | 2009 PI Case | Unknown | Unknown | | 75,000.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$145,045.00** | **$0.00** | | **$75,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final report filed, approved and checks out

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  **Current Projected Date Of Final Report (TFR):** December 7, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-38481 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | SIMON, JOHN W., JR | | Bank Name: | The Bank of New York Mellon |
| | SIMON, LINDA A | | Account: | 9200-******02-66 - Checking Account |
| Taxpayer ID #: | **-***5573 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/23/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/12 | {13} | Gallagher Bassett Services, Inc. | Personal Injury Settlement | 1142-000 | 75,000.00 | | 75,000.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.86 | 74,964.14 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 158.73 | 74,805.41 |
| 09/17/12 | 101 | John W. Simon, Jr. | Personal Injury Exemption | 8100-002 | | 15,000.00 | 59,805.41 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 141.01 | 59,664.40 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 134.48 | 59,529.92 |
| 11/12/12 | 102 | Thomas Lake, Esq. | First and Final Distribution | 3210-600 | | 25,000.00 | 34,529.92 |
| 11/12/12 | 103 | Thomas Lake, Esq. | First and Final Distribution | 3220-610 | | 1,905.47 | 32,624.45 |
| 11/12/12 | 104 | Medicare | First and Final Distribution | 4220-000 | | 6,465.70 | 26,158.75 |
| 11/12/12 | 105 | Lake County Neurosurgery | First and Final Distribution | 4220-000 | | 1,250.00 | 24,908.75 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 92.87 | 24,815.88 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.15 | 24,766.73 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 24,766.73 | 0.00 |
| | | | ACCOUNT TOTALS | | 75,000.00 | 75,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,766.73 | |
| | | | **Subtotal** | | 75,000.00 | 50,233.27 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$75,000.00** | **$35,233.27** | |

{} Asset reference(s)

Printed: 12/23/2013 09:34 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-38481  
**Case Name:** SIMON, JOHN W., JR  
SIMON, LINDA A  
**Taxpayer ID #:** **-***5573  
**Period Ending:** 12/23/13

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****763466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 24,766.73 | | 24,766.73 |
| 01/18/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -142.02 | 24,908.75 |
| 01/21/13 | 10106 | JOHN E. GIERUM | First and Final Distribution | 2100-000 | | 6,250.00 | 18,658.75 |
| 01/21/13 | 10107 | Vista Medical Center | First and Final Distribution | 7100-000 | | 582.61 | 18,076.14 |
| 01/21/13 | 10108 | LVNV Funding LLC | First and Final Distribution | 7100-000 | | 1,758.57 | 16,317.57 |
| 01/21/13 | 10109 | Flood Control | First and Final Distribution<br>Stopped on 11/07/13 | 7100-000 | | 5,000.00 | 11,317.57 |
| 01/21/13 | 10110 | United Consumer Financial Services (Kirby) | First and Final Distribution | 7100-000 | | 222.96 | 11,094.61 |
| 01/21/13 | 10111 | CitiFinancial, Inc | First and Final Distribution | 7100-000 | | 565.80 | 10,528.81 |
| 01/21/13 | 10112 | Vista Medical Center | Surplus Interest first and final distribution | 7990-000 | | 6.46 | 10,522.35 |
| 01/21/13 | 10113 | LVNV Funding LLC | Surplus Interest first and final distribution | 7990-000 | | 19.50 | 10,502.85 |
| 01/21/13 | 10114 | Flood Control | Surplus Interest first and final distribution<br>Stopped on 11/07/13 | 7990-000 | | 55.43 | 10,447.42 |
| 01/21/13 | 10115 | United Consumer Financial Services (Kirby) | Surplus Interest first and final distribution | 7990-000 | | 2.47 | 10,444.95 |
| 01/21/13 | 10116 | CitiFinancial, Inc | Surplus Interest first and final distribution | 7990-000 | | 6.27 | 10,438.68 |
| 01/21/13 | 10117 | Medicare | Surplus Interest first and final distribution | 7990-000 | | 71.68 | 10,367.00 |
| 01/21/13 | 10118 | Lake County Neurosurgery | Surplus Interest first and final distribution | 7990-000 | | 13.86 | 10,353.14 |
| 01/21/13 | 10119 | SIMON, JOHN W., JR | Surplus First and Final Distribution | 8200-002 | | 10,353.14 | 0.00 |
| 11/07/13 | 10109 | Flood Control | First and Final Distribution<br>Stopped: check issued on 01/21/13 | 7100-000 | | -5,000.00 | 5,000.00 |
| 11/07/13 | 10114 | Flood Control | Surplus Interest first and final distribution<br>Stopped: check issued on 01/21/13 | 7990-000 | | -55.43 | 5,055.43 |
| 11/07/13 | 10120 | Clerk of the United States Bankruptcy Court | Unclaimed Funds | 8500-002 | | 5,055.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,766.73 | 24,766.73 | $0.00 |
| | | | Less: Bank Transfers | | 24,766.73 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 24,766.73 | |
| | | | Less: Payments to Debtors | | | 10,353.14 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$14,413.59** | |

{} Asset reference(s)          Printed: 12/23/2013 09:34 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-38481 | | **Trustee:** | JOHN E. GIERUM (520171) |
| --- | --- | --- | --- | --- |
| **Case Name:** | SIMON, JOHN W., JR | | **Bank Name:** | Rabobank, N.A. |
| | SIMON, LINDA A | | **Account:** | ****763466 - Checking Account |
| **Taxpayer ID #:** | **-***5573 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/23/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # 9200-******02-66** | **75,000.00** | **35,233.27** | **0.00** |
| **Checking # ****763466** | **0.00** | **14,413.59** | **0.00** |
| | **$75,000.00** | **$49,646.86** | **$0.00** |

{} Asset reference(s)    Printed: 12/23/2013 09:34 AM    V.13.13